IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KRISTIN SOTO, ) | |
|    Plaintiff, ) | |
| ) | **Chancery Court Action:** |
| v. ) | **Civil Action No. 2013-cv-14** |
| ) | |
| AMES RUBBER MANUFACTURING ) | **USDC: 1:14-cv-00208** |
| CO., INC., TERRY WRIGHT, and ) | |
| JONAH WRIGHT ) | |
|    Defendants. ) | |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties herein, by and through counsel, hereby announce to this Honorable Court that all matters in controversy have been fully resolved between the parties and pursuant to the agreed resolution of this matter, **IT IS HEREBY STIPULATED AND AGREED** by the Plaintiff and Defendant herein, and by and through their attorneys, that the above-entitled action and the Plaintiff's claims against Defendant should be dismissed with full prejudice and on the merits, and that an Order of Dismissal with prejudice (or other action as determined by the Court) may be entered in the above-entitled action pursuant hereto.

Respectfully submitted this 25th day of February, 2016.

APPROVED FOR ENTRY:

| | |
|---|---|
| s/Wilton Marble] | s/[Mary Moffatt Helms] |
| Wilton Marble, BPR #028513 | Mary Moffatt Helms, BPR #012729 |
| 201 1st Street NW, 2nd Floor | Wimberly Lawson Wright Daves & Jones, PLLC |
| Attorney for Plaintiff | Attorneys for Defendants |
| Cleveland TN 37311 | P.O. Box 1066 |
| 423-476-4708 | Morristown, Tennessee 37816-1066 |
| | (423) 587-6870 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Stipulation was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/[Mary Moffatt Helms]
Mary Moffatt Helms

2

Case 1:14-cv-00208-HSM-CHS   Document 38   Filed 02/25/16   Page 2 of 2   PageID #: 735